IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDING RIGHTS & DISSENT,** <br> 1325 G St. NW, Suite 557 <br> Washington, D.C. 20005 <br><br> **Plaintiff,** <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Ave. NW, <br> Washington, D.C. 20535 <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Ave. NW, <br> Washington, D.C. 20530 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1.    Plaintiff DEFENDING RIGHTS & DISSENT brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search, issue a determination, and produce records about Wikileaks or Julian Assange.

## PARTIES

2.    Plaintiff DEFENDING RIGHTS & DISSENT is a 501(c)3 organization that defends the American people's right to know and freedom to act through grassroots mobilization, public education, policy expertise, and advocacy journalism and made the FOIA request at issue in this case for that purpose.

3.    Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 27, 2024 FOIA REQUEST TO FBI

7. On June 27, 2024, Plaintiff submitted a FOIA request to FBI for all records created, maintained, or in the custody of the FBI that mention or reference: Wikileaks; Julian Assange. Plaintiff sought a fee waiver for this FOIA request.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On July 9, 2024, FBI separated the request into two requests, assigning reference number 1501548-001 to records referencing "Wikileaks" and 1640098-00 to records referencing "Julian Assange."  FBI denied expedited processing for both requests.

10. True and correct copies of the communications are included in Exhibit 2.

11. On August 12, 2024, Plaintiff sought estimated dates of completion for both requests.

12. A true and correct copy of the correspondence is attached as Exhibit 3.

13. On August 19, 2024, FBI stated that the search for records was ongoing and estimated that it would "complete action" on the request 2,010 days from the date it was received by the FBI.

14. A true and correct copy of the correspondence is attached as Exhibit 4.

15. FBI did not send any further correspondence to Plaintiff regarding this request.

16. As of the date of this filing, FBI has not issued a determination on Plaintiff's request.

17. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

### COUNT I – FBI'S FOIA VIOLATION

18. The above paragraphs are incorporated by reference.

19. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

20. Defendant FBI is a federal agency subject to FOIA.

21. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

22. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

23. Defendant FBI has failed to issue a determination within the statutory deadline.

24. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: September 11, 2024

- 4 -

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
DEFENDING RIGHTS & DISSENT

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com