**Exhibit 1**



**June 27, 2024**

Federal Bureau of Investigation
*Attn: FOI/PA Request*
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997

To Whom It May Concern:

This letter constitutes a request under the Freedom of Information Act, 5 U.S.C. § 552, et. seq and is submitted on behalf of myself, Charles Gibbons and Defending Rights & Dissent.

**Background**

On June 22, 2021, we filed a FOIA request for all FBI documents mentioning and referencing WikiLeaks. The request was assigned FOIPA Request No.: 1501548-000.

On June 5, 2023, the FBI responded to our nearly two year-old request for all FBI records mentioning or referencing WikiLeaks. The FBI stated that they had located responsive records, but those files were "located in an investigative file which is exempt from disclosure" as the file contains "records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ...could reasonably be expected to interfere with enforcement proceedings…"

On June 25, 2024, WikiLeaks founder Julian Assange pled guilty to a violation of §793(g) of the Espionage Act--conspiracy to obtain and disclose national defense information. This was part of a plea deal with the US government that saw them drop all other potential legal claims against Mr. Assange. This ends the US government's 14 year long investigative efforts against WikiLeaks.

Given that there are no longer enforcement proceedings, we are again filing our FOIA request.

**Request**

We are requesting all records created, maintained, or in the custody of the FBI that mention or references:

WikLeaks
Julian Assange[1]

**Request for Fee Waiver**

We are requesting a fee waiver. Both requesters are representatives of the news media and the information requested is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government

I am a representative of the news media.  I am a journalist who publishes under the name "Chip Gibbons." My work has been published by *The Nation, The Intercept, and The Guardian*. I have reported extensively on the US government's prosecution of Assange for *Jacobin* magazine, including being one of the few US reporters credentialed by the the UK Royal Court of Justice to attend appeal hearings in person  I am currently under contract with *Verso Books* to write a book on the history of the FBI's national security functions.

In the past, I have written articles based on documents released to me via Freedom of Information Act requests, state level public records requests, or other similar requests.[2] It is my intent to publicly write about the documents requested.

When filing FOIA requests, I have routinely been designated  an educational institution, noncommercial scientific institution or representative of the news media requester.

Defending Rights & Dissent is a 501c3 nonprofit that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience. Defending Rights

---

[1] As a non-resident foreign national, records mentioning or referencing Julian Assange are not precluded from disclose by the Privacy Act.

[2] *See* "Feds Watching," *Jacobin*, June 13, 2018. Available at https://www.jacobinmag.com/2018/06/fbi-cointelpro-political-repression-surveillance

& Dissent is a representative of the news media. The information requested is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government. Defending Rights & Dissent is entitled to a fee waiver.

Defending Rights & Dissent is the publisher of

- the Dissent NewsWire, an online publication that publishes original reporting about news pertaining to civil liberties,

- Reports, books, and other printed publications, including a 48 page report entitled *Still Spying on Dissent: The Enduring Problem of FBI First Amendment Abuse*,

- Audio and visual broadcasts, including *Still Spying,* a limited audio series about the history of the FBI and *Primary Sources*, an ongoing limited audio series about issues faced by national security whistleblowers and journalists.

Each of these items involves the gathering of information of potential interest to a segment of the public. Once that information is gathered, through the editorial skills of our staff the raw materials are transformed into distinct works, which we continue to distribute to audiences.

Defending Rights & Dissent has received an award from Project Censored for its original reporting and is a member of The Media Consortium.[3] In the past, Defending Rights & Dissent has produced original works based on information it has received through Freedom of Information Act requests, state level public records requests, or other

---

[3] *See* "Why Is the FBI Harassing Activists in Cascadia?" *Defending Rights & Dissent*, January 5, 2015. Available at
https://rightsanddissent.org/news/why-is-the-fbi-harassing-activists-in-cascadia/

Member Directory, *The Media Consortium*. Available at
https://www.themediaconsortium.org/member-directory

similar requests.[4] Defending Rights & Dissent has engaged in extensive first hand reporting of the arrests and prosecutions of the Trump Inauguration protesters.[5]

Defending Rights & Dissent when filing FOIA requests has routinely been designated an educational institution, noncommercial scientific institution or representative of the news media requester.

The US government's investigations of WikiLeaks and its prosecution of Julian Assange are two of the most controversial subjects of the last decade, with there being widespread allegations of government overreach and violations of Constitutional rights. As a result, the information requested is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government.

**Request for Expedited Processing**

The request is made by a person primarily engaged in disseminating information to the public and the information is urgently needed to inform the public concerning some actual or alleged federal government activity.

The request is also "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." In the last four business days, nearly every major media outlet in the world

---

[4] *See* "DRAD, DC NLG FOIA Request Uncovers That DC Police Spent Over $300,000 in Weapons, Ammunition to Use against Inauguration Day Protesters," *Defending Rights & Dissent*, October 30, 2017. Available at https://rightsanddissent.org/news/drad-dg-nlg-foia-request-uncovers-dc-police-spent-300000-weapons-ammunition-use-inauguration-day-protesters/

"Who is Robert Wells and Why Did The FBI Consider Him A National Security Threat?" *Defending Rights & Dissent,* June 3, 2016. Available at https://rightsanddissent.org/news/who-is-robert-wells-and-why-did-the-fbi-consider-him-a-national-security-threat/

"Senate Passes Bill Aimed at Silencing Pro-Palestinian Activism on Campuses," *Defending Rights & Dissent,* December 6, 2016. Available at https://rightsanddissent.org/news/senate-passes-bill-aimed-silencing-pro-palestinian-speech-campuses/

[5] *See* Archive of J20 Articles, *Defending Rights & Dissent. Available at* https://rightsanddissent.org/news/topics/free-speech-assembly/j20/

has covered the US government's case against Assange and its surprise resolution in the form of a plea deal.

**Conclusion**

In the event that we are denied a fee waiver, we are willing to pay up to $150 in costs for the reproduction of the records requested. Should the cost exceed $150 we ask to be contacted. Should any part of this request be withheld in whole or in part, we ask that specific statutory exemptions to disclosure be cited. Any part of this request is segregable.

We would prefer the records requested in electronic copy. Given precautions to halt the spread of the Coronavirus, Defending Rights & Dissent staff are currently not regularly in the office. Given the global pandemic, if possible we would prefer all records and communications should be sent electronically to Chip@RightsAndDissent.org. If for some reason records must be sent by mail please mail them to:

**Charles Gibbons**
**Policy Director**
**Defending Rights & Dissent**
**1325 G St. NW Suite 500**
**Washington, DC 20005**

Sincerely,

Charles Gibbons
Policy Director
Defending Rights & Dissent

U.S. Department of Justice **Exhibit 2**



Federal Bureau of Investigation
Washington, D.C. 20535

July 9, 2024

CHARLES GIBBONS ESQUIRE
DEFENDING RIGHTS & DISSENT
SUITE 500
1325 G STREET NW
WASHINGTON, DC 20010

FOIPA Request No.: 1640098-000
Subject: ASSANGE, JULIAN

Dear Charles Gibbons:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☐ You submitted your request via the FBI's eFOIPA system.

  ☐ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

  ☐ Correspondence for requests regarding living individuals, or containing audio, video, and high resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

  ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 9, 2024

CHIP GIBBONS ESQUIRE
SUITE 500
1325 G STREET NW
WASHINGTON, DC 20005

FOIPA Request No.: 1501548-001
Subject: WikiLeaks

Dear Chip Gibbons:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

- ☑ Your request has been received at FBI Headquarters for processing.

- ☑ You submitted your request via the FBI's eFOIPA system.

    - ☑ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

    - ☐ Correspondence for requests regarding living individuals, or containing audio, video, and high resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

- ☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

- ☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

- ☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

- ☑ For the purpose of assessing any fees, we have determined:

    - ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    - ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    - ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request."  Status updates are adjusted weekly.  The status of newly assigned requests may not be available until the next weekly update.  If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia.  Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov.  Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov.  The subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.  You may also contact the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**
Washington, D.C. 20535

July 9, 2024

CHARLES GIBBONS ESQUIRE
DEFENDING RIGHTS & DISSENT
SUITE 500
1325 G STREET NW
WASHINGTON, DC 20010

FOIPA Request No.: 1640098-000
Subject: ASSANGE, JULIAN

Dear Charles Gibbons:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Under Department of Justice (DOJ) standards for expedited processing, it can only be granted in the following situations:

> **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."
>
> **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."
>
> **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process of rights."
>
> **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence."

You have not provided enough information concerning the statutory requirements permitting expedition; therefore, your request is denied.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 9, 2024

CHIP GIBBONS ESQUIRE
SUITE 500
1325 G STREET NW
WASHINGTON, DC 20005

FOIPA Request No.: 1501548-001
Subject: WikiLeaks

Dear Chip Gibbons:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request.   Under Department of Justice (DOJ) standards for expedited processing, it can only be granted in the following situations:

**28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

**28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

**28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process of rights."

**28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence."

You have not provided enough information concerning the statutory requirements permitting expedition; therefore, your request is denied.

Additional information about the FOIPA can be found at www.fbi.gov/foia.   Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov.   Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.   Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 3**

## Fwd: FOIPA Request No: 1501548-001 Subject: WikiLeaks; FOIPA Request No. 1640098-000, Subject: Assange, Julian

---------- Forwarded message ---------
From: **Chip Gibbons** <chip@rightsanddissent.org>
Date: Mon, Aug 12, 2024 at 1:14 PM
Subject: FOIPA Request No: 1501548-001 Subject: WikiLeaks; FOIPA Request No. 1640098-000, Subject: Assange, Julian
To: FOIPAQUESTIONS <FOIPAQUESTIONS@fbi.gov>

Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for FOIPA Request No.: 1501548-001 Subject: WikiLeaks, as well as FOIPA Request No.
1640098-000, Subject: Assange, Julian

Thank you,
**Chip Gibbons**
he/him/his
**Policy Director**
**Defending Rights & Dissent**
**formerly Bill of Rights Defense Committee and Defending Dissent Foundation**

1325 G St. NW Suite 557

## Fwd: [EXTERNAL EMAIL] - FOIPA Request No: 1501548-001 Subject: WikiLeaks; FOIPA Request No. 1640098-000, Subject: Assange, Julian

**From:** FOIPAQUESTIONS@fbi.gov
**Date:** August 19, 2024 at 12:17:05 PM EDT
**To:** Chip Gibbons <Chip@rightsanddissent.org>
**Subject: RE: [EXTERNAL EMAIL] -  FOIPA Request No: 1501548-001 Subject: WikiLeaks; FOIPA Request No. 1640098-000, Subject: Assange, Julian**

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system. Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.  Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.   Status updates are performed on a weekly basis.

Respectfully,


 Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov


Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia


Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.


Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Chip Gibbons <chip@rightsanddissent.org>
**Sent:** Monday, August 12, 2024 1:14 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - FOIPA Request No: 1501548-001 Subject: WikiLeaks; FOIPA Request No. 1640098-000, Subject: Assange, Julian



Pursuant to 5 U.S.C. § 552(a)(7)(B)(ii), I request an estimated date of completion for  FOIPA Request No.: 1501548-001 Subject: WikiLeaks, as well as  FOIPA Request No.

1640098-000, Subject: Assange, Julian

Thank you,

**Chip Gibbons**

**he/him/his**

**Policy Director**

**Defending Rights & Dissent**

**formerly Bill of Rights Defense Committee and Defending Dissent Foundation**