UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDING RIGHTS & DISSENT,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>et al.,<br><br>      Defendants. | Civil Action No. 24-2614 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 26, 2026, Defendants Federal Bureau of Investigation and Department of Justice, and Plaintiff Defending Rights & Dissent, by and through undersigned counsel, hereby submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, which seeks the release of documents mentioning or referring to Wikileaks and Julian Assange. *See generally* ECF No. 1.

The parties previously reported that they had reached an agreement to significantly reduce the number of pages at issue (from roughly 138,000 to roughly 28,000) and that Defendants needed additional time to allocate the 28,000 pages into six categories. *See* ECF No. 29. Defendants now report that the allocation into the six categories has occurred and that there are 6,531 pages to process. Defendants also report that although the FBI still needs to complete its classification review of the records as well as several internal and external reviews before making a release, the first interim release of records is expected to occur on or before June 15, 2026.

Considering the above, the parties respectfully propose that they file a further joint status report in approximately 60 days, on or before June 22, 2026.

Dated: April 21, 2026
    Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
312-243-5900
foia@loevy.com

By:    */s/ Benjamin H. Zieman*
    Benjamin H. Zieman
    Assistant United States Attorney
    601 D Street N.W.
    Washington, D.C. 20530
    202-252-2540
    benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

*Attorneys for Plaintiff*