UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDING RIGHTS & DISSENT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Civil Action No. 24-2614 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 24, 2026, Defendants Federal Bureau of Investigation and Department of Justice, and Plaintiff Defending Rights & Dissent, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, which seeks the release of documents mentioning or referring to Wikileaks and Julian Assange. *See generally* ECF No. 1.

On July 24, 2026, the Court ordered the parties to file a joint status report stating the number of pages that remain to be processed and the expected date for completion of production. The Court also ordered the parties to state: "(1) the number of external agencies with pages in consultation, (2) the number of pages in consultation with each such agency, and (3) the anticipated date for the completion of consultation for each agency." The Court indicated that these agencies could be identified using pseudonyms. The Court further ordered the parties to state "the number of pages for which the Plaintiff is challenging a withholding." *See* Min. Order dated July 24, 2026.

Defendants report that approximately 5,413 pages remain to be processed and that the expected date for completion is July 2027, subject to any outside consultations. At present, fifteen (15) external agencies have pages in consultation as follows:

| Agencies | # of Pages | Estimated Completion Date |
|---|---|---|
| Agency 1 | 1 | No date provided yet |
| Agency 2 | 293 | No date provided yet |
| Agency 3 | 4 | No date provided yet |
| Agency 4 | 21 | No date provided yet |
| Agency 5 | 91 | November 18, 2026 |
| Agency 6 | 14 | September 8, 2026 |
| Agency 7 | 9 | September 25, 2026 |
| Agency 8 | 5 | No date provided yet |
| Agency 9 | 156 | No date provided yet |
| Agency 10 | 18 | No date provided yet |
| Agency 11 | 6 | No date provided yet |
| Agency 12 | 19 | No date provided yet |
| Agency 13 | 40 | No date provided yet |
| Agency 14 | 2 | No date provided yet |
| Agency 15 | 54 | September 14, 2026 |

For Plaintiff's challenges, Plaintiff reports that it has requested the FBI provide a draft *Vaughn* index that addresses all of the pages withheld in their entirety, all Exemptions 6 and 7(C) withholdings asserted for Julian Assange's privacy, all Exemption 7(E) withholdings on redacted pages that do not overlap with other exemptions, and the alleged foreseeable harm in disclosure. Plaintiff reports that there are approximately 390 pages withheld in full. For the number of pages with Exemptions 6 and 7(C) withholdings for Julian Assange's privacy and Exemption 7(E) withholdings that do not overlap with other exemptions, Plaintiff defers to Defendants, who are the parties that know which specific Exemptions 6, 7 (C), and 7(E) redactions fall under Plaintiff's issues for the *Vaughn* index. *Jud. Watch, Inc. v. U.S. Dep't of Just.*, 57 F. Supp. 3d 48, 52 (D.D.C. 2014) (noting that courts require *Vaughn* indexes from the government due to FOIA requesters being "at a distinct informational disadvantage").

The FBI responds as follows: The FBI will produce a *Vaughn* index once processing is complete, as it does in the normal course. Only once processing is complete will Plaintiff be in a position to evaluate the full production and determine which withholdings, if any, it wishes to challenge. Otherwise, the FBI employee responsible for processing the records will have to cease

processing and turn their attention to preparing a necessarily incomplete *Vaughn* index covering only the records produced to date, which would then have to be supplemented as additional records are processed and produced. Considering the Court's concern with the age of this case, diverting the processor from reviewing records to preparing an incomplete *Vaughn* index at this time would delay completion of processing and frustrate the objective of bringing the case to resolution.

Considering the above, the parties respectfully propose that they file a further joint status report in approximately 60 days, on or before October 23, 2026.

Dated: August 24, 2026
Washington, D.C.

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*