UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDING RIGHTS & DISSENT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Civil Action No. 24-2614 (SLS) |

# JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated August 26, 2026, Defendants Federal Bureau of Investigation and Department of Justice, and Plaintiff Defending Rights & Dissent, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants report that approximately 4,413 pages remain to be processed and that the expected date for completion is July 2027, subject to any outside consultations. At present, seventeen (17) external agencies have pages in consultation as follows:

| Agencies | # of Pages at August 24 JSR | Estimated Completion Date as of last August 24 JSR | # of Pages sent since August 24 JSR | Estimated Completion Date for Additional pages sent since August 24 JSR |
|---|---|---|---|---|
| Agency 1 | 1 | No date provided | 0 | N /A |
| Agency 2 | 293 | Completed | 16 | No date provided |
| Agency 3 | 4 | No date provided | 0 | N/A |
| Agency 4 | 21 | No date provided | 3 | No date provided |
| Agency 5 | 91 | November 18, 2026 | 189 | January 2027 |
| Agency 6 | 14 | September 8, 2026 | 0 | N/A |
| Agency 7 | 9 | Completed | 11 | November 20, 2026 |
| Agency 8 | 5 | No date provided | 0 | N/A |
| Agency 9 | 156 | No date provided | 97 | January 16, 2027 |

| | | | | |
|---|---|---|---|---|
| Agency 10 | 18 | Completed | 0 | N/A |
| Agency 11 | 6 | No date provided | 0 | N/A |
| Agency 12 | 19 | No date provided | 86 | No date provided |
| Agency 13 | 40 | Completed | 0 | N/A |
| Agency 14 | 2 | No date provided | 0 | N/A |
| Agency 15 | 54 | September 14, 2026 | 5 | No date provided |
| Agency 16 | N/A | N/A | 13 | No date provided |
| Agency 17 | N/A | N/A | 2 | No date provided |

Defendants report that all pages returned from consultation will require classification and subject matter expert reviews and anticipate that monthly releases will begin in November 2026.

Finally, although the Court also ordered the parties to confirm that they are meeting and conferring after each production, the parties have not held a meet and confer since the last joint status report. The parties previously reported that the FBI will produce a *Vaughn* index once processing is complete. *See* ECF No. 34. Plaintiff reports that its position is that piecemeal conferrals after each production would be inefficient without a *Vaughn* index from the FBI, and that once Plaintiff has the full production it will be in a better position to make informed decisions about which disputes to pursue because the records that the FBI produces in a future release may impact Plaintiff's decision to challenge the withholdings in prior releases. Plaintiff reports that it will continue to identify issues with the production to Defendants but notes that this may result in a larger universe of records being initially challenged than if Plaintiff had the benefit of having the full production when raising its initial disputes.

Considering the above, and to avoid any conflicts with the holidays and anticipated leave schedules, the parties respectfully propose that they file a further joint status report in approximately 75 days, on or before January 6, 2027.

Dated: October 23, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*